## Earnings Statement

**John-Walter Weiser**
323 Ridge Ave
Mc Sherrystown, PA 17344
SSN: ••• •• 5839

**Pay Date**
Nov 18, 2022

**Pay Period**
Nov 7, 2022 — Nov 13, 2022

| Hours and Earnings | Current | YTD |
|---|---|---|
| 40 Regular Hours $21.16/hour | $846.40 | $16,045.20 |
| Tips Already Paid | $0.00 | $0.00 |
| Paycheck Tips | $0.00 | $0.00 |
| Commissions | $0.00 | $0.00 |
| **Gross Pay** | **$846.40** | **$20,105.20** |

| Taxes and Adjustments | | |
|---|---|---|
| Federal Income Tax | $78.00 | $1,713.16 |
| Employee Social Security | $52.48 | $1,246.54 |
| Employee Medicare | $12.27 | $291.52 |
| PA State Income Tax | $35.98 | $827.19 |
| PA State Unemployment Tax | $0.00 | $2.42 |
| PA Earned Income Tax (PSD Code: 010404) | $12.70 | $240.74 |
| PA Local Services Tax (Adams County) | $1.00 | $21.00 |
| **Net Pay** | **$653.97** | **$15,762.63** |

| Payout Amounts | |
|---|---|
| Manual Check | $653.97 |

**UNION CIGAR LLC**
5 Baltimore St
Gettysburg, PA 17325
717-388-6070

Square Payroll

## Earnings Statement

**John-Walter Weiser**
323 Ridge Ave
Mc Sherrystown, PA 17344
SSN: ••• •• 5839

**Pay Date**
Apr 7, 2023

**Pay Period**
Mar 27, 2023 — Apr 2, 2023

**UNION CIGAR LLC**
5 Baltimore St
Gettysburg, PA 17325
717-388-6070

Square Payroll

| Hours and Earnings | Current | YTD |
|---|---|---|
| 18.45 Regular Hours $16.25/hour | $299.82 | $299.82 |
| **Gross Pay** | **$299.82** | **$299.82** |
| **Taxes and Adjustments** | | |
| Federal Income Tax | $13.00 | $13.00 |
| Employee Social Security | $18.59 | $18.59 |
| Employee Medicare | $4.35 | $4.35 |
| PA State Income Tax | $19.20 | $19.20 |
| PA Earned Income Tax (PSD Code: 010404) | $4.50 | $4.50 |
| PA Local Services Tax (Adams County) | $1.00 | $1.00 |
| **Net Pay** | **$239.18** | **$239.18** |
| **Payout Amounts** | | |
| Manual Check | $239.18 | |

# Earnings Statement

**John-Walter Weiser**
323 Ridge Ave
Mc Sherrystown, PA 17344
SSN: ••• •• 5839

**Pay Date**
Apr 14, 2023

**Pay Period**
Apr 3, 2023 — Apr 9, 2023

**UNION CIGAR LLC**
5 Baltimore St
Gettysburg, PA 17325
717-388-6070

 Square Payroll

| Hours and Earnings | Current | YTD |
|---|---|---|
| 18.5 Regular Hours $16.25/hour | $300.63 | $600.45 |
| **Gross Pay** | **$300.63** | **$600.45** |
| **Taxes and Adjustments** | | |
| Federal Income Tax | $13.00 | $26.00 |
| Employee Social Security | $18.64 | $37.23 |
| Employee Medicare | $4.36 | $8.71 |
| PA State Income Tax | $19.23 | $38.43 |
| PA Earned Income Tax (PSD Code: 010404) | $4.51 | $9.01 |
| PA Local Services Tax (Adams County) | $1.00 | $2.00 |
| **Net Pay** | **$239.89** | **$479.07** |
| **Payout Amounts** | | |
| Manual Check | $239.89 | |

## Earnings Statement

**John-Walter Weiser**
323 Ridge Ave
Mc Sherrystown, PA 17344
SSN: ••• •• 5839

**Pay Date**
Apr 21, 2023

**Pay Period**
Apr 10, 2023 — Apr 16, 2023

| Hours and Earnings | Current | YTD |
|---|---|---|
| 18.5 Regular Hours $16.25/hour | $300.63 | $901.08 |
| **Gross Pay** | **$300.63** | **$901.08** |
| **Taxes and Adjustments** | | |
| Federal Income Tax | $13.00 | $39.00 |
| Employee Social Security | $18.64 | $55.87 |
| Employee Medicare | $4.36 | $13.07 |
| PA State Income Tax | $19.23 | $57.66 |
| PA Earned Income Tax (PSD Code: 010404) | $4.51 | $13.52 |
| PA Local Services Tax (Adams County) | $1.00 | $3.00 |
| **Net Pay** | **$239.89** | **$718.96** |
| **Payout Amounts** | | |
| PNC | $239.89 | |

**UNION CIGAR LLC**
5 Baltimore St
Gettysburg, PA 17325
717-388-6070

 Square Payroll

# Earnings Statement

**John-Walter Weiser**
323 Ridge Ave
Mc Sherrystown, PA 17344
SSN: ••• •• 5839

**Pay Date**
Apr 28, 2023

**Pay Period**
Apr 17, 2023 — Apr 23, 2023

| Hours and Earnings | Current | YTD |
|---|---|---|
| 12.31 Regular Hours $16.25/hour | $200.04 | $1,101.12 |
| **Gross Pay** | **$200.04** | **$1,101.12** |
| **Taxes and Adjustments** | | |
| Federal Income Tax | $10.00 | $49.00 |
| Employee Social Security | $12.40 | $68.27 |
| Employee Medicare | $2.90 | $15.97 |
| PA State Income Tax | $16.14 | $73.80 |
| PA Earned Income Tax (PSD Code: 010404) | $3.00 | $16.52 |
| PA Local Services Tax (Adams County) | $1.00 | $4.00 |
| **Net Pay** | **$154.60** | **$873.56** |
| **Payout Amounts** | | |
| PNC | $154.60 | |

**UNION CIGAR LLC**
5 Baltimore St
Gettysburg, PA 17325
717-388-6070


Square Payroll

Case 1:23-bk-01131-HWV    Doc 12    Filed 06/02/23    Entered 06/02/23 13:12:55    Desc
Main Document    Page 5 of 9

## Earnings Statement

**John Weiser**
323 Ridge Ave
McSherrystown, PA 17344
SSN: ••• •• 5839

**Pay Date**
Nov 4, 2022

**Pay Period**
Oct 24, 2022 — Oct 30, 2022

| Hours and Earnings | Current | YTD |
|---|---|---|
| 40 Regular Hours $17.23/hour | $689.20 | $8,270.40 |
| Tips Already Paid | $0.00 | $0.00 |
| Paycheck Tips | $0.00 | $0.00 |
| Commissions | $0.00 | $0.00 |
| **Gross Pay** | **$689.20** | **$11,026.40** |
| **Taxes and Adjustments** | | |
| Federal Income Tax | $49.00 | $783.36 |
| Employee Social Security | $42.73 | $683.62 |
| Employee Medicare | $9.99 | $159.86 |
| PA State Income Tax | $21.16 | $338.52 |
| PA State Unemployment Tax | $0.41 | $6.56 |
| PA Earned Income Tax (PSD Code: 670501) | $10.34 | $124.08 |
| PA Local Services Tax (York County) | $1.00 | $12.00 |
| **Net Pay** | **$554.57** | **$8,918.40** |
| **Payout Amounts** | | |
| Manual Check | $554.57 | |

**UNION CIGAR HANOVER LLC**
1055 Carlisle St
Hanover, PA 17331
717-388-6070


Square Payroll

## Earnings Statement

**John Weiser**
323 Ridge Ave
McSherrystown, PA 17344
SSN: ••• •• 5839

**Pay Date**
Nov 18, 2022

**Pay Period**
Nov 7, 2022 — Nov 13, 2022

| Hours and Earnings | Current | YTD |
|---|---|---|
| 40 Regular Hours $17.23/hour | $689.20 | $8,959.60 |
| Tips Already Paid | $0.00 | $0.00 |
| Paycheck Tips | $0.00 | $0.00 |
| Commissions | $0.00 | $0.00 |
| **Gross Pay** | **$689.20** | **$11,715.60** |

| Taxes and Adjustments | | |
|---|---|---|
| Federal Income Tax | $49.00 | $832.36 |
| Employee Social Security | $42.73 | $726.35 |
| Employee Medicare | $9.99 | $169.85 |
| PA State Income Tax | $21.16 | $359.68 |
| PA State Unemployment Tax | $0.41 | $6.97 |
| PA Earned Income Tax (PSD Code: 670501) | $10.34 | $134.42 |
| PA Local Services Tax (York County) | $1.00 | $13.00 |
| **Net Pay** | **$554.57** | **$9,472.97** |

| Payout Amounts | |
|---|---|
| Manual Check | $554.57 |

**UNION CIGAR HANOVER LLC**
1055 Carlisle St
Hanover, PA 17331
717-388-6070

Square Payroll

## Earnings Statement

**John Weiser**
323 Ridge Ave
McSherrystown, PA 17344
SSN: ••• •• 5839

**Pay Date**
Apr 14, 2023

**Pay Period**
Apr 3, 2023 — Apr 9, 2023

**UNION CIGAR HANOVER LLC**
1055 Carlisle St
Hanover, PA 17331
717-388-6070

Square Payroll

| Hours and Earnings | Current | YTD |
|---|---|---|
| 5.7 Regular Hours $17.50/hour | $99.75 | $99.75 |
| **Gross Pay** | **$99.75** | **$99.75** |
| **Taxes and Adjustments** | | |
| Employee Social Security | $6.18 | $6.18 |
| Employee Medicare | $1.45 | $1.45 |
| PA State Income Tax | $3.06 | $3.06 |
| PA State Unemployment Tax | $0.07 | $0.07 |
| PA Earned Income Tax (PSD Code: 670501) | $1.50 | $1.50 |
| PA Local Services Tax (York County) | $1.00 | $1.00 |
| **Net Pay** | **$86.49** | **$86.49** |
| **Payout Amounts** | | |
| Belco Community Credit Union | $86.49 | |

## Earnings Statement

**John Weiser**
323 Ridge Ave
McSherrystown, PA 17344
SSN: ••• •• 5839

**Pay Date**
Apr 28, 2023

**Pay Period**
Apr 17, 2023 — Apr 23, 2023

**UNION CIGAR HANOVER LLC**
1055 Carlisle St
Hanover, PA 17331
717-388-6070

Square Payroll

| Hours and Earnings | Current | YTD |
|---|---|---|
| 11.43 Regular Hours $17.50/hour | $200.03 | $299.78 |
| **Gross Pay** | **$200.03** | **$299.78** |
| **Taxes and Adjustments** | | |
| Employee Social Security | $12.41 | $18.59 |
| Employee Medicare | $2.90 | $4.35 |
| PA State Income Tax | $6.14 | $9.20 |
| PA State Unemployment Tax | $0.14 | $0.21 |
| PA Earned Income Tax (PSD Code: 670501) | $3.00 | $4.50 |
| PA Local Services Tax (York County) | $1.00 | $2.00 |
| **Net Pay** | **$174.44** | **$260.93** |
| **Payout Amounts** | | |
| PNC | $174.44 | |