IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 1:23-bk-01131-HWV |
| JOHN-WALTER E. WEISER | : | |
| Debtor | : | Chapter 13 |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST
FOR ALL NOTICES, DOCUMENTS AND PAPERS**

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

**PLEASE NOTE THAT,** pursuant to Bankruptcy Rule 9010(b), Gary J. Imblum, Esquire, Imblum Law Offices, P.C., appears with and on behalf of William Synnamon, t/d/b/a Union Cigar Club LLC, creditor and party in interest within the intent of the United States Bankruptcy Code and requests, pursuant to Bankruptcy Rule 2002(g), that all notices given or required to be given and all papers served or required to be served in the above-captioned case be given to and served upon the following and that the person and address set forth below be added to the official address matrix maintained in this proceeding by the Clerk of the Court:

      GARY J. IMBLUM, ESQUIRE
      IMBLUM LAW OFFICES, P.C.
      4615 DERRY STREET
      HARRISBURG PA 17111

It is further requested that in furtherance of his right to be heard, as provided in §1109(b) of the Bankruptcy Code, and in addition to the notices referred to in Bankruptcy Rules 2002, 2015, 6007 and 9022, the above-designated person be served, as stated above, with copies of all notices, correspondence, orders, applications, motions, petitions or pleadings, requests, complaints or

1

demands, whether formal or informal, or any other documents filed with this Court that would affect, to any extent, the claims, rights or interests of William Synnamon, t/d/b/a Union Cigar Club LLC.

Respectfully submitted,

**IMBLUM LAW OFFICES, P.C.**

_____
Gary J. Imblum
Attorney Id. No. 42606
4615 Derry Street
Harrisburg PA 17111
717 238-5250
Fax No. 717 558-8990
Email: gary.imblum@imblumlaw.com
Attorney for Creditor

Dated: 6/21/23

## CERTIFICATE OF SERVICE

I, Carol V. Shay, Paralegal, hereby certify that I have served a copy of the **NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES, DOCUMENTS AND PAPERS** on the following person(s) by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, or via E-Service, addressed to:

Jack N. Zaharopoulos, Esquire
Chapter 13 Trustee
Via E-service

Nicholas G. Platt, Esquire
Counsel for Debtor
Via E-service

Imblum Law Offices, P.C.

*Carol V. Shay*
Carol V. Shay, Paralegal
4615 Derry Street
Harrisburg PA 17111
717 238-5250
Fax No. 717 558-8990
Email: gary.imblum@imblumlaw.com
For Creditor

Dated: 6/21/2023