## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOHN-WALTER E. WEISER | ) | CHAPTER 13 |
| DEBTOR | ) | CASE NO. 1:23-bk-01131-HWV |
| | ) | |
| TOYOTA LEASE TRUST | ) | |
| MOVANT | ) | |
| | ) | |
| JOHN-WALTER E. WEISER | ) | |
| RESPONDENT | ) | |
| | ) | |
| JACK N. ZAHAROPOULOS, TRUSTEE | ) | |

### DEBTORS' RESPONSE TO TOYOTA LEAST TRUST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

1. Movant, Toyota Lease Trust, filed its Motion for Relief from Stay on July 5, 2023.

2. Debtor acknowledges some auto loan payments are past due.

3. Debtor has attempted to make payments and has been unsuccessful in obtaining information on how Toyota Lease Trust would like payments to be made.

4. Debtor has placed monthly payments in a separate banking account to be paid upon Toyota providing to him how to make future payments.

5. Debtor does not agree on the amount of post-petition arrears owed in the Motion as he only filed his case on May 19, 2023.

6. Debtor desires the opportunity to cure any post-petition arrears and keep his automobile.

7. Debtor requests the Court deny Movant's Motion for Relief.


WHERFORE, Debtor, John-Walter E. Weiser, prays the Court enter its order denying the Motion for Relief from the Automatic Stay that was filed July 5, 2023 by Toyota Lease Trust.

Dated: July 7, 2023

/s/Nicholas G. Platt
Nicholas G. Platt (327239)
Counsel for Debtor
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 243-4770 Phone
(717) 632-3612 Fax