In re:                                                                           Case No. 23-01131-HWV
John-Walter E. Weiser                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2023 | Form ID: ntcnfhrg | Total Noticed: 56 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John-Walter E. Weiser, 323 Ridge Avenue, Mc Sherrystown, PA 17344-1424 |
| aty | + | William J. Synnamon, Imblum Law Offices, P.C., 4615 Derry St, Harrisburg, PA 17111, UNITED STATES 17111-2660 |
| cr | | Bureau of Compliance Commonwealth of Pennsylvania,, PO Box 280948, Harrisburg, PA 17128-0938 |
| cr | + | PeoplesBank, A Codorus Valley Company, c/o Robert W. Pontz, Esquire, Brubaker Connaughton Goss & Lucarelli, 480 New Holland Ave., Suite 6205, Lancaster, PA 17602-2227 |
| 5542425 | + | Adams County Tax Claim Bureau, 117 Baltimore Street, Room 202, Gettysburg, PA 17325-2313 |
| 5542431 | + | CFG (Empire Recovery), 10 W 37th St, RM 602, New York, NY 10018-7473 |
| 5542435 | + | Columbia Gas, 1020 N Hartley S, York, PA 17404-2862 |
| 5542436 | + | Coolidge Capital, 1 Old County Road #390, Carle Place, NY 11514-1852 |
| 5542438 | + | Daniel Keller, 30 Alexander Drive, Hanover, PA 17331-7874 |
| 5542439 | + | David Scarborough, 206 Beech Street, Pittsburgh, PA 15218-1404 |
| 5542442 | + | Forward Finance, 1970 Oakcrest AVe #217, Saint Paul, MN 55113-2624 |
| 5542446 | + | Members 1st, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5542450 | | PA Department, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5542451 | | Patenaude & Felix, A.P.C, 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5542452 | | Peoples Bank, 6 Baltimore Road, Spring Grove, PA 17362 |
| 5553651 | + | PeoplesBank, A Codorus Valley Company, 105 Leader Heights Road, York, PA 17403-5137 |
| 5542454 | + | Stephen Beans, 37 Robin Trail, Fairfield, PA 17320-8116 |
| 5542457 | + | Tercera Scientific LLC, 2138 Huckleberry Road, Allentown, PA 18104-1445 |
| 5542458 | + | Toyota Financial, PO Box 22171, Tempe, AZ 85285-2171 |
| 5542459 | + | Vader Mountain Capital, 8200 NW 52nd Terrace STE 200, Miami, FL 33166-7852 |
| 5542460 | + | Wellspan Health, PO Box 15119, York, PA 17405-7119 |
| 5542461 | + | William J Synnamon, 250 Natural Springs, Gettysburg, PA 17325-7552 |
| 5548516 | + | William Synnamon, c/o Imblum Law Offices, P.C., 4615 Derry Street, Harrisburg, PA 17111-2660 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5542426 | + | Email/Text: backoffice@affirm.com | Jul 20 2023 18:44:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 5551574 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2023 19:49:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5542427 | + | Email/PDF: bncnotices@becket-lee.com | Jul 20 2023 19:49:26 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5542428 | | Email/Text: rmcollections@belco.org | Jul 20 2023 18:43:00 | Belco Community Credit Union, Attn: Bankruptcy Dept., 449 Eisenhower Blvd. Suite 200, Harrisburg, PA 17111 |
| 5542429 | | Email/Text: rmcollections@belco.org | Jul 20 2023 18:43:00 | Belco Community Credit Union, Atn: Bankruptcy Dept., 449 Eisenhower Blvd. Suite 200, Harrisburg, PA 17111 |
| 5542434 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 20 2023 18:43:00 | Citizens One, Attn: Bankruptcy, 1 Citizens Way, Providence, RI 02903 |
| 5545588 | + | Email/Text: documentfiling@lciinc.com | Jul 20 2023 18:43:00 | COMCAST, PO BOX 1931, Burlingame, CA |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 94011-1931 |
| 5542430 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2023 19:50:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5542815 | + Email/Text: bankruptcy@cavps.com | Jul 20 2023 18:43:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5542432 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2023 19:49:48 | Citibank/Sunoco, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5542433 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2023 19:49:51 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5542437 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2023 19:49:44 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5543521 | Email/Text: mrdiscen@discover.com | Jul 20 2023 18:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5542440 | + Email/Text: mrdiscen@discover.com | Jul 20 2023 18:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5542441 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 20 2023 19:49:45 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5542443 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 20 2023 18:43:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5542444 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2023 18:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5550360 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2023 19:49:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5542445 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 20 2023 18:43:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5545319 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 20 2023 19:49:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5542449 | Email/Text: ml-ebn@missionlane.com | Jul 20 2023 18:43:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5554825 | + Email/Text: Unger@Members1st.org | Jul 20 2023 18:43:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5542447 | + Email/Text: Unger@Members1st.org | Jul 20 2023 18:43:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5542448 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 20 2023 19:49:42 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5555288 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2023 18:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5542671 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2023 18:43:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5549401 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2023 19:49:19 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5542453 | + Email/Text: ecfbankruptcy@progleasing.com | Jul 20 2023 18:43:00 | Progressive Leasing, 256 West Data Drive, Draper, UT 84020-2315 |
| 5542455 | + Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 19:50:21 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5542456 | + Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 19:50:21 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5547184 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 20 2023 18:43:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

| 5554440 | Email/PDF: ebn_ais@aisinfo.com | | |
|---|---|---|---|
| | | Jul 20 2023 19:49:50 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5542462 | + Email/Text: documentfiling@lciinc.com | | |
| | | Jul 20 2023 18:43:00 | Xfinity, PO Box 530098, Atlanta, GA 30353-0098 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 22, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Attorney William J. Synnamon gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kelly M. Appleyard | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue kappleyard@attorneygeneral.gov |
| Keri P Ebeck | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com;kebeck@ecf.courtdrive.com |
| Michael Patrick Farrington | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 John-Walter E. Weiser ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Robert W Pontz | on behalf of Creditor PeoplesBank A Codorus Valley Company BobP@bcgl-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

John−Walter E. Weiser,
aka John Weiser,

| | | |
|---|---|---|
| | Chapter | 13 |
| **Debtor 1** | Case No. | 1:23−bk−01131−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 23, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: August 30, 2023 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 20, 2023 |

ntcnfhrg (08/21)