In re:  Case No. 23-01131-HWV
John-Walter E. Weiser  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Jul 20, 2023     Form ID: pdf002     Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John-Walter E. Weiser, 323 Ridge Avenue, Mc Sherrystown, PA 17344-1424 |
| aty | + | William J. Synnamon, Imblum Law Offices, P.C., 4615 Derry St, Harrisburg, PA 17111, UNITED STATES 17111-2660 |
| cr | | Bureau of Compliance Commonwealth of Pennsylvania,, PO Box 280948, Harrisburg, PA 17128-0938 |
| cr | + | PeoplesBank, A Codorus Valley Company, c/o Robert W. Pontz, Esquire, Brubaker Connaughton Goss & Lucarelli, 480 New Holland Ave., Suite 6205, Lancaster, PA 17602-2227 |
| 5542425 | + | Adams County Tax Claim Bureau, 117 Baltimore Street, Room 202, Gettysburg, PA 17325-2313 |
| 5542431 | + | CFG (Empire Recovery), 10 W 37th St, RM 602, New York, NY 10018-7473 |
| 5542435 | + | Columbia Gas, 1020 N Hartley S, York, PA 17404-2862 |
| 5542436 | + | Coolidge Capital, 1 Old County Road #390, Carle Place, NY 11514-1852 |
| 5542438 | + | Daniel Keller, 30 Alexander Drive, Hanover, PA 17331-7874 |
| 5542439 | + | David Scarborough, 206 Beech Street, Pittsburgh, PA 15218-1404 |
| 5542442 | + | Forward Finance, 1970 Oakcrest AVe #217, Saint Paul, MN 55113-2624 |
| 5542446 | + | Members 1st, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5542450 | | PA Department, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5542451 | | Patenaude & Felix, A.P.C., 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5542452 | | Peoples Bank, 6 Baltimore Road, Spring Grove, PA 17362 |
| 5553651 | + | PeoplesBank, A Codorus Valley Company, 105 Leader Heights Road, York, PA 17403-5137 |
| 5542454 | + | Stephen Beans, 37 Robin Trail, Fairfield, PA 17320-8116 |
| 5542457 | + | Tercera Scientific LLC, 2138 Huckleberry Road, Allentown, PA 18104-1445 |
| 5542458 | + | Toyota Financial, PO Box 22171, Tempe, AZ 85285-2171 |
| 5542459 | + | Vader Mountain Capital, 8200 NW 52nd Terrace STE 200, Miami, FL 33166-7852 |
| 5542460 | + | Wellspan Health, PO Box 15119, York, PA 17405-7119 |
| 5542461 | + | William J Synnamon, 250 Natural Springs, Gettysburg, PA 17325-7552 |
| 5548516 | + | William Synnamon, c/o Imblum Law Offices, P.C., 4615 Derry Street, Harrisburg, PA 17111-2660 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5542426 | + | Email/Text: backoffice@affirm.com | Jul 20 2023 18:44:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 5551574 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2023 19:50:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5542427 | + | Email/PDF: bncnotices@becket-lee.com | Jul 20 2023 19:50:29 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5542428 | | Email/Text: rmcollections@belco.org | Jul 20 2023 18:43:00 | Belco Community Credit Union, Attn: Bankruptcy Dept., 449 Eisenhower Blvd. Suite 200, Harrisburg, PA 17111 |
| 5542429 | | Email/Text: rmcollections@belco.org | Jul 20 2023 18:43:00 | Belco Community Credit Union, Atn: Bankruptcy Dept., 449 Eisenhower Blvd. Suite 200, Harrisburg, PA 17111 |
| 5542434 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 20 2023 18:43:00 | Citizens One, Attn: Bankruptcy, 1 Citizens Way, Providence, RI 02903 |
| 5545588 | + | Email/Text: documentfiling@lciinc.com | Jul 20 2023 18:43:00 | COMCAST, PO BOX 1931, Burlingame, CA |

| | | | | |
|---|---|---|---|---|
| | | | | 94011-1931 |
| 5542430 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2023 19:50:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5542815 | + | Email/Text: bankruptcy@cavps.com | Jul 20 2023 18:43:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5542432 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2023 19:49:24 | Citibank/Sunoco, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5542433 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2023 19:49:48 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5542437 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2023 19:49:24 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5543521 | | Email/Text: mrdiscen@discover.com | Jul 20 2023 18:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5542440 | + | Email/Text: mrdiscen@discover.com | Jul 20 2023 18:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5542441 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 20 2023 19:49:45 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5542443 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 20 2023 18:43:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5542444 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2023 18:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5550360 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2023 19:49:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5542445 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 20 2023 18:43:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5545319 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 20 2023 19:49:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5542449 | | Email/Text: ml-ebn@missionlane.com | Jul 20 2023 18:43:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5554825 | + | Email/Text: Unger@Members1st.org | Jul 20 2023 18:43:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5542447 | + | Email/Text: Unger@Members1st.org | Jul 20 2023 18:43:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5542448 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 20 2023 19:49:15 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5555288 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2023 18:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5542671 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2023 18:43:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5549401 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2023 19:49:48 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5542453 | + | Email/Text: ecfbankruptcy@progleasing.com | Jul 20 2023 18:43:00 | Progressive Leasing, 256 West Data Drive, Draper, UT 84020-2315 |
| 5542455 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 19:49:18 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5542456 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 19:49:18 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5547184 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 20 2023 18:43:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

| 5554440 | | Email/PDF: ebn_ais@aisinfo.com | | |
| --- | --- | --- | --- | --- |
| | | | Jul 20 2023 19:49:45 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5542462 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | Jul 20 2023 18:43:00 | Xfinity, PO Box 530098, Atlanta, GA 30353-0098 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2023            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Attorney William J. Synnamon gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kelly M. Appleyard | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue kappleyard@attorneygeneral.gov |
| Keri P Ebeck | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com;kebeck@ecf.courtdrive.com |
| Michael Patrick Farrington | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 John-Walter E. Weiser ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Robert W Pontz | on behalf of Creditor PeoplesBank A Codorus Valley Company BobP@bcgl-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

LOCAL BANKRUPTCY FORM 3015-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:<br>**John-Walter E. Weiser** | CHAPTER 13<br>CASE NO. **1:23-bk-01131**<br><br>■ ORIGINAL PLAN<br>___ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)<br>☐ Number of Motions to Avoid Liens<br>☐ Number of Motions to Value Collateral |
|---|---|

### CHAPTER 13 PLAN

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ■ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ■ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ■ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN.**

    A. **Plan Payments From Future Income**

    1. To date, the Debtor paid $ **0.00** (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**122,700.00**, plus other payments and property stated in § 1B below:

| Start<br>mm/yy | End<br>mm/yy | Plan<br>Payment | Estimated<br>Conduit<br>Payment | Total<br>Monthly<br>Payment | Total<br>Payment<br>Over Plan<br>Tier |
|---|---|---|---|---|---|
| **06/23** | **05/28** | 2,045.00 | 0.00 | 2,045.00 | 122,700.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $**122,700.00** |

    2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ■ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**0.00**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

■ No assets will be liquidated. *If this line is checked, the rest of § 1.B.2 and complete § 1.B.3 if applicable*

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows: _____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows: _____

**2. SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

■ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Belco Community Credit Union | 2017 Ford Explorer Pl 60000 miles Vehicle: | 0001 |
| Loancare LLC | 323 Ridge Ave McSherrystown, PA 17344 Residence: Primary Residence CMA Forthcoming | 1985 |
| Members 1st | 2018 Forest River Vehicle: | |

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*
■ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

D. **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
■ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*

2
Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Case 1:23-bk-01131-HWV    Doc 14    Filed 06/02/23    Entered 06/02/23 13:16:19    Desc
Main Document    Page 2 of 5
Case 1:23-bk-01131-HWV    Doc 31    Filed 07/22/23    Entered 07/23/23 00:23:03    Desc
Imaged Certificate of Notice    Page 5 of 8

■ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

    F. **Surrender of Collateral.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

    G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

■ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS.**

    A. **Administrative Claims**

        1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

        2. <u>Attorney's fees.</u> Complete only one of the following options:

            a. In addition to the retainer of $ **394.00** already paid by the Debtor, the amount of $ **5,106.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

            b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

        3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
            *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

    B. **Priority Claims (including, certain Domestic Support Obligations)**

Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| Adams County Tax Claim Bureau | $2,500.00 |
| Internal Revenue Service | $91,500.00 |
| PA Department | $10,600.00 |

    C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B)**. *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

    A. **Claims of Unsecured Nonpriority Creditors Specially Classified.**
       *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

    B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

3
Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Case 1:23-bk-01131-HWV   Doc 14   Filed 06/02/23   Entered 06/02/23 13:16:19   Desc
Main Document    Page 3 of 5
Case 1:23-bk-01131-HWV   Doc 31   Filed 07/22/23   Entered 07/23/23 00:23:03   Desc
Imaged Certificate of Notice    Page 6 of 8

☐ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

■ The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
| Toyota Financial | | $0.00 | 0.00% | $0.00 | $0.00 | Assume |

**6. VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

■ plan confirmation.
☐ entry of discharge.
☐ closing of case.

**7. DISCHARGE: (Check one)**

■ The debtor will seek a discharge pursuant to § 1328(a).
☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

**9. NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

4
Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Case 1:23-bk-01131-HWV   Doc 14   Filed 06/02/23   Entered 06/02/23 13:16:19   Desc
Main Document    Page 4 of 5
Case 1:23-bk-01131-HWV   Doc 31   Filed 07/22/23   Entered 07/23/23 00:23:03   Desc
Imaged Certificate of Notice    Page 7 of 8

| Dated: | **June 2, 2023** | **/s/ Nicholas G. Platt** |
|---|---|---|
| | | **Nicholas G. Platt 327239** |
| | | Attorney for Debtor |
| | | |
| | | **/s/ John-Walter E. Weiser** |
| | | **John-Walter E. Weiser** |
| | | Debtor |

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.