UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOHN-WALTER E. WEISER : CHAPTER 13
      Debtor :
:
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
      Movant :
:
      vs. :
:
JOHN-WALTER E. WEISER :
      Respondent : CASE NO. 1-23-bk-01131

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 20th day of July, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Insufficient Monthly Net Income as indicated on Schedules I and J.
    b. Secured claims not in plan. Claim #1-1 PA Revenue is secured, not priority.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

      Respectfully submitted:

      Jack N. Zaharopoulos
      Standing Chapter 13 Trustee
      8125 Adams Drive, Suite A
      Hummelstown, PA 17036
      (717) 566-6097

BY:     /s/Douglas R. Roeder
           Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this   27th   day of July, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Nicholas Platt, Esquire
230 York Street
Hanover, PA   17331

            /s/Deborah A. DePalma
            Office of Jack N. Zaharopoulos
            Standing Chapter 13 Trustee4

Case 1:23-bk-01131-HWV    Doc 33    Filed 07/27/23    Entered 07/27/23 09:26:54    Desc
Main Document     Page 2 of 2