LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOHN-WALTER E. WEISER,  :  CHAPTER  13
 :
 :  CASE NO.  1 - 23 -bk- 01131
 :
 :
**Debtor(s)**  :
TOYOTA LEASE TRUST  :  ADVERSARY NO.  __-__ -ap-_____
 :  (if applicable)
 :
 :
 :
 :
**Plaintiff(s)/Movant(s)**  :
vs.  :  Nature of Proceeding: Motion for
JOHN-WALTER E. WEISER, and  :
JACK N ZAHAROPOULOS, Trustee,  :  Relief from Automatic Stay
 :
 :
 :
**Defendant(s)/Respondent(s)**  :  Document #:  19, 21

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

The Debtors Counsel agrees to continue the Motion for Relief from Automatic Stay Hearing scheduled for 08/01/2023 at 09:30 AM to provide time for the Debtor to make payments to Toyota Lease Trust. The Debtor has indicated he has funds set aside and simply hasn't been able to make the payment,

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: July 31, 2023

/s/ Keri P. Ebeck
Attorney for Toyota Lease Trust
Name: Keri P. Ebeck
Phone Number: (412) 456-8112

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.