UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| JOHN-WALTER E. WEISER | : |
|    Debtor | : CASE NO. 1:23-bk-01131-HWV |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

      To the Clerk of the Bankruptcy Court, the Debtor, All Trustees, All Creditors, and All Other Parties in Interest: **PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of Members 1st Federal Credit Union, and demands that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telefax, telegraph, telex, ECF noticing or otherwise, which affects the Debtor are to be served upon:

Bret P. Shaffer, Esquire  
Attorney I.D. #309180: PA  
Schiffman, Sheridan & Brown, P.C.  
2080 Linglestown Road, Suite 201  
Harrisburg, PA 17110

          SCHIFFMAN, SHERIDAN & BROWN, P.C.

By: /s/Bret P. Shaffer  
    Bret P. Shaffer, Esquire  
    Attorney I.D. #309180: PA  
    2080 Linglestown Road, Suite 201  
    Harrisburg, PA 17110  
    *Attorneys for Members 1st Federal Credit Union*

Date: September 26, 2023