IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOHN-WALTER E. WEISER ) <br> DEBTOR ) <br> ) <br> MEMBERS 1st FEDERAL CREDIT ) <br> UNION ) <br> MOVANT ) <br> ) <br> JOHN-WALTER E. WEISER ) <br> RESPONDENT ) <br> ) <br> JACK N. ZAHAROPOULOS, TRUSTEE ) | CHAPTER 13 <br> CASE NO. 1:23-bk-01131-HWV |

### DEBTORS' RESPONSE TO MEMBERS 1st FEDERAL CREDIT UNION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

1. Movant, Members 1st Federal Credit Union, filed its Motion for Relief from Stay on September 28, 2023.

2. Debtor acknowledges some auto loan payments are past due.

3. Debtor desires the opportunity to cure any post-petition arrears and keep his automobile.

4. Debtor requests the Court deny Movant's Motion for Relief.

WHERFORE, Debtor, John-Walter E. Weiser, prays the Court enter its order denying the Motion for Relief from the Automatic Stay that was filed September 28, 2023 by Members 1st Federal Credit Union.

Dated: October 4, 2023

/s/Nicholas G. Platt
Nicholas G. Platt (327239)
Counsel for Debtor
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 243-4770 Phone
(717) 632-3612 Fax