| In re: | Case No. 23-01131-HWV |
|---|---|
| John-Walter E. Weiser | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Oct 26, 2023 | Form ID: ordsmiss | Total Noticed: 62 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John-Walter E. Weiser, 323 Ridge Avenue, Mc Sherrystown, PA 17344-1424 |
| aty | + | William J. Synnamon, Imblum Law Offices, P.C., 4615 Derry St, Harrisburg, PA 17111, UNITED STATES 17111-2660 |
| cr | | Bureau of Compliance Commonwealth of Pennsylvania,, PO Box 280948, Harrisburg, PA 17128-0938 |
| cr | + | PeoplesBank, A Codorus Valley Company, c/o Robert W. Pontz, Esquire, Brubaker Connaughton Goss & Lucarelli, 480 New Holland Ave., Suite 6205, Lancaster, PA 17602-2227 |
| 5542425 | + | Adams County Tax Claim Bureau, 117 Baltimore Street, Room 202, Gettysburg, PA 17325-2313 |
| 5542431 | + | CFG (Empire Recovery), 10 W 37th St, RM 602, New York, NY 10018-7473 |
| 5542435 | + | Columbia Gas, 1020 N Hartley S, York, PA 17404-2862 |
| 5542436 | + | Coolidge Capital, 1 Old County Road #390, Carle Place, NY 11514-1852 |
| 5542438 | + | Daniel Keller, 30 Alexander Drive, Hanover, PA 17331-7874 |
| 5542439 | + | David Scarborough, 206 Beech Street, Pittsburgh, PA 15218-1404 |
| 5542442 | + | Forward Finance, 1970 Oakcrest AVe #217, Saint Paul, MN 55113-2624 |
| 5542446 | + | Members 1st, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5542450 | | PA Department, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5542451 | | Patenaude & Felix, A.P.C, 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5542452 | | Peoples Bank, 6 Baltimore Road, Spring Grove, PA 17362 |
| 5553651 | + | PeoplesBank, A Codorus Valley Company, 105 Leader Heights Road, York, PA 17403-5137 |
| 5542454 | + | Stephen Beans, 37 Robin Trail, Fairfield, PA 17320-8116 |
| 5542457 | + | Tercera Scientific LLC, 2138 Huckleberry Road, Allentown, PA 18104-1445 |
| 5542458 | + | Toyota Financial, PO Box 22171, Tempe, AZ 85285-2171 |
| 5558310 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 5542459 | + | Vader Mountain Capital, 8200 NW 52nd Terrace STE 200, Miami, FL 33166-7852 |
| 5542460 | + | Wellspan Health, PO Box 15119, York, PA 17405-7119 |
| 5542461 | + | William J Synnamon, 250 Natural Springs, Gettysburg, PA 17325-7552 |
| 5548516 | + | William Synnamon, c/o Imblum Law Offices, P.C., 4615 Derry Street, Harrisburg, PA 17111-2660 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5542426 | + | Email/Text: backoffice@affirm.com | Oct 26 2023 18:43:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 5551574 | | Email/PDF: bncnotices@becket-lee.com | Oct 26 2023 18:58:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5542427 | + | Email/PDF: bncnotices@becket-lee.com | Oct 26 2023 18:59:33 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5542429 | | Email/Text: rmcollections@belco.org | Oct 26 2023 18:42:00 | Belco Community Credit Union, Attn: Bankruptcy Dept., 449 Eisenhower Blvd. Suite 200, Harrisburg, PA 17111 |
| 5542428 | | Email/Text: rmcollections@belco.org | Oct 26 2023 18:42:00 | Belco Community Credit Union, Attn: Bankruptcy Dept., 449 Eisenhower Blvd. Suite 200, Harrisburg, PA 17111 |
| 5542434 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 26 2023 18:42:00 | Citizens One, Attn: Bankruptcy, 1 Citizens Way, |

| | | | | |
|---|---|---|---|---|
| | | | | Providence, RI 02903 |
| 5545588 | + | EDI: COMCASTCBLCENT | Oct 26 2023 22:43:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5542430 | + | EDI: CAPITALONE.COM | Oct 26 2023 22:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5542815 | + | Email/Text: bankruptcy@cavps.com | Oct 26 2023 18:43:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5542432 | + | EDI: CITICORP.COM | Oct 26 2023 22:43:00 | Citibank/Sunoco, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5542433 | + | EDI: CITICORP.COM | Oct 26 2023 22:43:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5542437 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2023 18:47:28 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5543521 | | EDI: DISCOVER.COM | Oct 26 2023 22:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5542440 | + | EDI: DISCOVER.COM | Oct 26 2023 22:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5542441 | + | EDI: AMINFOFP.COM | Oct 26 2023 22:43:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5542443 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 26 2023 18:42:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5542444 | | EDI: IRS.COM | Oct 26 2023 22:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5550360 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2023 18:47:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5557381 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 26 2023 18:42:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5542445 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 26 2023 18:42:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5545319 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 26 2023 18:47:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5542449 | | Email/Text: ml-ebn@missionlane.com | Oct 26 2023 18:42:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5554825 | + | Email/Text: Unger@Members1st.org | Oct 26 2023 18:42:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5542447 | + | Email/Text: Unger@Members1st.org | Oct 26 2023 18:42:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5568856 | | Email/Text: Unger@Members1st.org | Oct 26 2023 18:42:00 | Members 1st Federal Credit Union, 5000 Marketplace Way, Enola PA 17025-2431 |
| 5542448 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 26 2023 18:47:28 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5555288 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2023 18:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5542671 | + | EDI: PENNDEPTREV | Oct 26 2023 22:43:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5542671 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2023 18:43:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5549401 | | EDI: PRA.COM | Oct 26 2023 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5557029 | + | EDI: JEFFERSONCAP.COM | | |

| Recip ID | Bypass | Method | Date | Recipient |
|---|---|---|---|---|
| | | | Oct 26 2023 22:43:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5542453 | + | Email/Text: ecfbankruptcy@progleasing.com | Oct 26 2023 18:43:00 | Progressive Leasing, 256 West Data Drive, Draper, UT 84020-2315 |
| 5556771 | | EDI: AIS.COM | Oct 26 2023 22:43:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5542455 | + | EDI: RMSC.COM | Oct 26 2023 22:43:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5542456 | + | EDI: RMSC.COM | Oct 26 2023 22:43:00 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5542458 | ^ | MEBN | Oct 26 2023 18:39:55 | Toyota Financial, PO Box 22171, Tempe, AZ 85285-2171 |
| 5547184 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 26 2023 18:42:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5554440 | | EDI: AIS.COM | Oct 26 2023 22:43:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5542462 | + | EDI: COMCASTCBLCENT | Oct 26 2023 22:43:00 | Xfinity, PO Box 530098, Atlanta, GA 30353-0098 |
| 5570225 | + | Email/Text: kcm@yatb.com | Oct 26 2023 18:42:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Members 1st Federal Credit Union, 5000 Marketplace Way, Enola, PA 17025-2431 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bret P Shaffer | on behalf of Creditor Members 1st Federal Credit Union bshaffer@ssbc-law.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Attorney William J. Synnamon gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kelly M. Appleyard | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue kappleyard@attorneygeneral.gov |
| Keri P Ebeck | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;kebeck@ecf.courtdrive.com |
| Michael Patrick Farrington | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 John-Walter E. Weiser ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Robert W Pontz | on behalf of Creditor PeoplesBank A Codorus Valley Company BobP@bcgl-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| John−Walter E. Weiser, aka John Weiser, | Chapter 13 |
| **Debtor 1** | Case No. 1:23−bk−01131−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: October 26, 2023

ordsmiss (05/18)